IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. AP-76,627





Ex parte JAMES ESTES BAKER III, Applicant





ON APPLICATION FOR A WRIT OF HABEAS CORPUS

CAUSE NO. 526054-B IN THE 209TH DISTRICT COURT

FROM HARRIS COUNTY




 Keller, P.J., filed a dissenting opinion.




 This case is in a confusing procedural posture. The present application was filed in the trial
court under the cause number for a kidnapping offense. Applicant has discharged the sentence in
the kidnapping case. He is on parole for a separate robbery conviction, and it is to this parole that
the complained-of sex-offender conditions are attached.

 Because the sentence for the kidnapping offense has been discharged, this application should
be dismissed. Applicant should file a habeas application in the robbery case to properly bring his
complaint about the sex-offender conditions. 

 I respectfully dissent.


Filed: September 14, 2011

Do not publish